# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1367
_____

Odis Jackson,         *
              *
    Petitioner,      *
              * Petition for Review of
  v.            * an Order of the
              * Railroad Retirement Board.
Railroad Retirement Board,   *
              *  [UNPUBLISHED]
    Respondent.     *

_____

Submitted: September 3, 2003
Filed: September 29, 2003
_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.
_____

PER CURIAM.

Odis Jackson petitions for review of the Railroad Retirement Board's (Board's) final decision denying his application for an annuity increase. Having carefully reviewed the record, see Worms v. Railroad Retirement Bd., 255 F.3d 502, 505 (8th Cir. 2001) (standard of review), we affirm. Jackson has identified no legal authority-- and we have found none--to support his position that he is entitled to an annuity increase based on his minor grandson retroactive to February 1993. Accordingly, we affirm the decision of the Board. See 8th Cir. R. 47B.

_____